UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MONTUE,<br><br>        Petitioner,<br><br>    v.<br><br>M.D. STAINER, et al.,<br><br>        Respondent(s). | 1:14-cv-01231 SMS (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Document# 5) |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On August 20, 2014, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner's in forma pauperis status was authorized in this action on August 6, 2014, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis be DISREGARDED as moot.

IT IS SO ORDERED.

    Dated:   **August 21, 2014**                              **/s/ Sandra M. Snyder**
                                                                                    UNITED STATES MAGISTRATE JUDGE