IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MONTUE,**<br><br>                                    Petitioner,<br><br>           v.<br><br>**M. D. STAINER,**<br><br>                                    Respondent. | Case No. 1:14-CV-01231 SMS<br><br>**ORDER GRANTING RESPONDENT'S NUNC PRO TUNC REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PETITIONER'S MOTION FOR RELEASE ON OWN RECOGNIZANCE** |

GOOD CAUSE HAVING BEEN SHOWN, Respondent Stainer is hereby GRANTED an 18-day extension of time, up to and including November 11, 2014, to file an opposition to the Motion for Release on his own Recognizance filed by John Montue.


Dated: 10/29/2014                                         /s/ SANDRA M. SNYDER
                                                          UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (1:14-cv-01231 SMS-AWI (HC))