# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MONTUE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>M.D. STAINER,<br><br>　　　　Respondent. | Case No. 1:14-CV-01231-AWI-SMS  HC<br><br>ORDER DIRECTING<br>CLERK OF COURT<br>TO AMEND CAPTION |

Stu Sherman, the warden of the California Substance Abuse Treatment Facility and State Prison, has advised the Court that the caption in this matter incorrectly names M.D. Stainer as Respondent and has requested that the Court amend the caption. Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Stu Sherman, the current warden of the California Substance Abuse Treatment Facility and State Prison, as Respondent.

IT IS SO ORDERED.

　Dated:   **December 8, 2014**　　　　　　　　/s/ **Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1